FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 0 3 2010

JAMES ~~~~~~~ CLERK
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION FILE |
| | ) | |
| EDGAR PAGAN-TORRES, | ) | NO. 3:10-cr-6-TCB |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case is currently before the Court on the Report and Recommendation issued by Magistrate Judge Gerrilyn G. Brill [28]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. The Court ADOPTS AS ITS ORDER the Report and Recommendation [28].

Defendant's motion to suppress is denied [17]. The Clerk is DIRECTED to terminate the supplemental motion to suppress [26] because Judge Brill considered the arguments made in the supplemental brief when making her recommendation.

A jury trial is hereby set to begin February 14, 2011 at 9:30 a.m. in courtroom 1708.  A pretrial conference is set for February 10, 2011 at 10:30 a.m. in courtroom 1708.   Motions in limine shall be filed on or before January 27, 2011 and responses to those motions and proposed voir dire shall be filed on or before February 3, 2011.

IT IS SO ORDERED this 3rd day of December, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge